sUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60747-CIV-ALTMAN/Hunt

**GBX TECHNOLOGY, LLC**,

    *Plaintiff*,

v.

**DLA PIPER LLP (US)**, *et al.*,

    *Defendants*.

_____/

## **ORDER**

Federal Rule of Civil Procedure 4(m) requires the plaintiff to serve the summons and complaint on each defendant within 90 days after the filing of the complaint. The Plaintiff filed this action on April 10, 2020 [ECF No. 1]. As of this writing, however, the Plaintiff has not perfected service on the Defendants.

Accordingly, the Court hereby

**ORDERS** that the Plaintiff shall perfect service on the Defendants and file proof of service on the docket by **July 9, 2020**. Failure to serve the Defendants by that date will result in dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of June 2020.

                                                             **ROY K. ALTMAN**
                                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record