**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-cv-60747-RKA**

GBX TECHNOLOGY, LLC.

      Plaintiff

vs

DLA PIPER LLP (US), DLA PIPER LLP
(CANADA), VINCENT MAN,
JENNIFER E. LACROIX, ALAN MACEK,

      Defendants.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF
TIME FOR SERVICE OF COMPLAINT**

THIS MATTER is before the Court on Plaintiff's Motion for Extension of Time for Service of

Complaint, filed July 9, 2020.

      The Court, having reviewed the Motion, hereby **ORDERS and ADJUDGES** as follows:

1. Plaintiff's Motion for Extension of Time for Service of Complaint is GRANTED.

2. Plaintiff shall have up to and including up to and including August 10, 2020, to serve

DLA Piper LLP (US) and Jennifer Lacroix.  Plaintiff shall also have up to and including

September 22, 2020, to serve DLA Piper LLP (Canada), Vincent Man, and Alan Macek.

      **DONE and ORDERED** in Chambers this _____ day of _____, 2020.


                                   _____
                                   ROY K. ALTMAN
                                   UNITED STATES DISTRICT JUDGE