UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60747-CIV-ALTMAN/Hunt

**GBX TECHNOLOGY, LLC**,

    *Plaintiff*,

v.

**DLA PIPER LLP (US)**, *et al.*,

    *Defendants*.

_____/

## **ORDER**

On July 9, 2020, the Plaintiff filed a Motion for Extension of Time for Service [ECF No. 13] (the "Motion"), in which it says that, due to the ongoing COVID-19 pandemic, it has been unable to effectuate service on the Defendants. Although 90 days have already passed since the Plaintiff filed this action, it requests an additional 30 days to serve those Defendants based in the United States and 75 days to serve those Defendants based in Canada. *See* Motion at 1–2.

In light of the pandemic, the Court finds that there is good cause to grant the Motion. *See* FED. R. CIV. P. 4(m). However, given the amount of time this case has already been pending—and the substantial extension the Plaintiff has requested—this case will be removed from the active docket. Accordingly, the Court hereby

    **ORDERS AND ADJUDGES** that the Motion [ECF No. 13] is **GRANTED** as follows:

    1. The Clerk of Court shall administratively **CLOSE** this case. When **all Defendants** are served, the Plaintiff may file a motion to reopen the case.

    2. By **August 10, 2020**, the Plaintiff shall perfect service on DLA Piper LLP (US) and Jennifer Lacroix, and shall file proof of service as to those Defendants. Failure to do so will result in dismissal of those Defendants without further notice.

3. By **September 22, 2020**, the Plaintiff shall perfect service on DLA Piper LLP (Canada), Vincent Man, and Alan Macek, and shall file proof of service as to those Defendants. Failure to do so will result in dismissal of those Defendants without further notice.

4. A Telephonic Status Conference is set for **September 23, 2020 10:00 a.m.** in the Fort Lauderdale Division before Judge Roy K. Altman. At that time, the parties shall dial 1-888-363-4734 and enter access code 9127026, followed by the # symbol. Counsel must not use speakerphone functionality during the hearing. If possible, counsel should use a landline.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 10th day of July 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record