IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-cv-60747-RKA

GBX TECHNOLOGY, LLC,

    Plaintiff,

vs.

DLA PIPER LLP (US), DLA PIPER LLP
(CANADA), VINCENT MAN, JENNIFER
E. LACROIX, ALAN MACEK,

    Defendants.
_____/

**DEFENDANTS DLA PIPER LLP (US), JENNIFER E. LACROIX, DLA PIPER LLP (CANADA), AND ALAN MACEK'S UNOPPOSED, JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT**

Defendants, DLA PIPER LLP (US), JENNIFER E. LACROIX, DLA PIPER LLP (CANADA), and ALAN MACEK[1] jointly move for an Order enlarging the time for them to respond to the Complaint [ECF No. 1], and state as follows:

1. On August 14, 2020, Plaintiff delivered by courier a copy of the Summons and Complaint to DLA Piper LLP (Canada) and Alan Macek (collectively, the "DLA-Canada Defendants"). The DLA-Canada Defendants' response to the Complaint is due to be filed and served on September 4, 2020.

2. DLA Piper LLP (US) and Jennifer E. Lacroix (collectively, the "DLA-US Defendants") waived service pursuant to Federal Rules of Civil Procedure Rule 4, effective July

---

[1] Defendant Vincent Man has not been served with the Complaint and this Motion is not filed with respect to him.

9, 2020, and pursuant to Rule 12, their response to the Complaint is due to be filed and served on September 8, 2020.

3. Pursuant to this Court's Notice of Court Practice in Cases with Multiple Plaintiffs or Defendants, "Defendants shall file their motions and responses jointly, unless there are clear conflicts of position." [ECF No. 5]. There are no clear conflicts of position between the DLA-US and DLA-Canada Defendants.

4. The DLA-US and DLA-Canada Defendants require additional time to join their arguments and respond to the Complaint, and request an extension of time to file their joint response, up to and including September 25, 2020.

5. The DLA-US and DLA-Canada Defendants intend to present arguments on behalf of four (4) different Defendants with respect to eight (8) total counts against them. There are subject matter jurisdiction, personal jurisdiction, venue, and failure to state a claim defenses pursuant to Rule 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) that the Defendants currently intend to raise, which require comprehensive research and analysis, as well as supporting declarations/affidavits.

6. This request is not made for the purpose of undue delay and no party will be prejudiced by the Court granting this request.

7. Plaintiff has been informed of this requested extension, and the undersigned counsel has been authorized to represent that Plaintiff does not oppose the requested relief.

8. This is DLA-US's and DLA-Canada's first request for an extension of time within which to file its response.

CASE NO.: 6:20-cv-00877-PGB-DCI

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) provides, in pertinent part:

(b) Extending Time.

> (1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> > (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . .

This Court has broad discretion to enlarge time periods established by the Rules of Civil Procedure or Rules of Court or by any Court Order. *Moore v. Potter*, 141 Fed. Appx. 803, 807 (11th Cir. 2005). Extensions of time are available when a party demonstrates a reasonable, good cause basis for such a request. *See Beaufort Concrete Company v. Atlantic States Construction Company*, 352 F.2d 460 (5th Cir. 1965).

WHEREFORE, Defendants, DLA PIPER LLP (US), JENNIFER E. LACROIX, DLA PIPER LLP (CANADA), and ALAN MACEK, respectfully request that the Court grant this Motion, enlarging the time for them to respond to Plaintiff's Complaint, through and including September 25, 2020.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel, D. David Keller, certifies that he conferred in good faith with Joycelyn Brown, Plaintiff's counsel, by telephone and by email on Tuesday, August 25, 2020, and has been authorized to represent that Plaintiff agrees to the relief requested.

CASE NO.: 6:20-cv-00877-PGB-DCI

Respectfully submitted,

By: */s/ D. David Keller*
    D. David Keller (FBN: 288799)
    Email: david.keller@kellerlandsberg.com
    Email: maria.gonzalez@kellerlandsberg.com
    Email: laura.kelly@kellerlandsberg.com
    Keller Landsberg PA
    500 East Broward Boulevard, Suite 1400
    Fort Lauderdale, FL 33394
    Telephone: (954) 761-3550
    *Counsel for Defendants DLA Piper LLP (US)*
    *and Jennifer E. Lacroix*

and

By: */s/ Mario M. Ruiz*
    Mario M. Ruiz (FBN: 894590)
    Robert A. Cohen (FBN: 316271)
    Email: mruiz@mcdonaldhopkins.com
    Email: rcohen@mcdonaldhopkins.com
    McDonald Hopkins LLC
    505 South Flagler Drive, Suite 300
    West Palm Beach, FL 33401
    Telephone: (561) 472-2121
    *Counsel for Defendants DLA Piper LLP (Canada)*
    *Vincent Man and Alan Macek*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **27th** day of August, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send the foregoing to counsel of record on the attached Service List.

*/s/ D. David Keller*
D. David Keller
Fla. Bar No.: 288799

CASE NO.: 6:20-cv-00877-PGB-DCI

## SERVICE LIST

Joycelyn S. Brown, Esq.
IPS Legal Group, P.A.
1951 N.W. 7th Avenue
Suite 600
Miami, FL  33136
Telephone:  (786) 539-5098
Email:  jbrown@ipslegalgroup.com
*Counsel for Plaintiff*