IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-cv-60747-RKA

GBX TECHNOLOGY, LLC,

    Plaintiff,

vs.

DLA PIPER LLP (US), DLA PIPER LLP
(CANADA), VINCENT MAN, JENNIFER
E. LACROIX, ALAN MACEK,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS DLA PIPER LLP (US), JENNIFER E. LACROIX, DLA PIPER LLP (CANADA), AND ALAN MACEK'S UNOPPOSED, JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

**THIS CAUSE** came before the Court on DEFENDANTS DLA PIPER LLP (US), JENNIFER E. LACROIX (collectively, "DLA-US Defendants"), DLA PIPER LLP (CANADA), and ALAN MACEK's (collectively, "DLA-Canada Defendants") Unopposed, Joint Motion for Time to Respond to the Complaint ("Motion"), and the Court having considered said Motion and being otherwise fully advised in the premises,

**ORDERS** that the Motion is **GRANTED**. The DLA-US and DLA-Canada Defendants shall have up to and including September 25, 2020 to respond to the Complaint.

**DONE AND ORDERED** at chambers in Miami, Florida on this ___ day of _____, 2020.

                                                                                     _____
                                                                                      **U.S. DISTRICT JUDGE**

cc:  *Counsel of record*