IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-cv-60747-RKA**

GBX TECHNOLOGY, LLC.

    Plaintiff

Vs

DLA PIPER LLP (US), DLA PIPER LLP
(CANADA), VINCENT MAN,
JENNIFER E. LACROIX, ALAN MACEK,

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 1(a)(1)(A)(i), Plaintiff GBX Technology, LLC and its undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice, against Defendants DLA Piper US and Jennifer E. Lacroix.

Dated: August 31, 2020

                        Respectfully Submitted,

                        _____
                        Joycelyn S. Brown, Esq.
                        **IPS Legal Group, P.A.**
                        1951 NW 7th Ave
                        Suite 600
                        Miami, Florida 33136
                        Email: jbrown@ipslegalgroup.com
                        Phone: 786-539-5098

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **August 31, 2020**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: _____
Joycelyn S. Brown
Florida Bar No. 0058277