UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60747-CIV-ALTMAN/Hunt

**GBX TECHNOLOGY, LLC**,

    *Plaintiff*,

v.

**DLA PIPER LLP (US)**, *et al.*,

    *Defendants*.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal [ECF No. 27]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED without prejudice**. This case shall remain **CLOSED**. All pending hearings and deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of September 2020.

                                               **ROY K. ALTMAN**
                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record